IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN TERRAZZINO, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:17-cv-01731 |
| v. | ) ) | Hon. Andrea R. Wood |
| WAL-MART STORES, INC., | ) ) | Mag. Judge. Sidney I. Schenkier |
| Defendant. | ) ) | |

**JOINT SETTLEMENT STATUS REPORT**

The Parties, by and through their attorneys, pursuant to the Court's July 10, 2019 Order (ECF No. 70), hereby submit their joint settlement status report.

1. In the weeks since the July 10, 2019 Order, the Parties have made significant progress towards resolving this matter.

2. While the Parties have been working quite well together, progress was slowed by the travel of key decisionmakers with one of Walmart's indemnitors.

3. The Parties ask for one final extension of 28 days to attempt to reach settlement.

4. Should the Parties fail to reach settlement by August 22, 2019, they will not request an additional extension and will be prepared to appear at a Status Hearing to set an updated schedule for the case.

5. This request for an additional 28 days is not being made for the purpose of delay, but rather in the interest of judicial economy and to preserve the resources of the Parties for settlement.

6. Accordingly, the Parties request an extension to August 22, 2019 to submit an updated settlement status report.

Dated: July 25, 2019

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s James X. Bormes | /s Brian D. Straw |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, IL 60603
(312) 201-0575

Frank Castiglione
Kasif Khowaja
The Khowaja Law Firm, LLC
8 South Michigan Avenue
Suite 2600
Chicago, IL 6060.
(312) 356-3200

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400

*Attorneys for Plaintiff*

Francis A. Citera
Brian D. Straw
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400

*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification and service of such filing to all registered counsel of record.

                                            /s/ Brian D. Straw
                                            Attorney for Defendant