IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN TERRAZZINO, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 1:17-cv-01731 |
| v. | ) ) | Hon. Martha M. Pacold |
| WAL-MART STORES, INC., | ) ) | Mag. Judge. Sidney I. Schenkier |
| Defendant. | ) ) | |

**PARTIES' JOINT RULE 41(a)(1)(A)(ii) DISMISSAL**

The parties, through their attorneys, hereby submit their joint Rule 41(a) Dismissal. In support thereof, the parties state as follows:

1. The Parties have settled this matter on an individual basis.

2. The Parties seek dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii).

WHEREFORE, the Parties request this Court dismiss this case with prejudice pursuant to Rule 41(a)(1)(A)(ii), and grant such further relief as the Court deems equitable and just.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s James X. Bormes | /s Brian D. Straw |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| James X. Bormes | Francis A. Citera |
| Catherine P. Sons | Brian D. Straw |
| Law Office of James X. Bormes, P.C. | Greenberg Traurig, LLP |
| 8 South Michigan Avenue | 77 W. Wacker Drive, Suite 3100 |
| Suite 2600 | Chicago, IL 60601 |
| Chicago, IL 60603 | (312) 456-8400 |
| (312) 201-0575 | |
| | *Attorneys for Defendant* |

Frank Castiglione
Kasif Khowaja
The Khowaja Law Firm, LLC
8 South Michigan Avenue
Suite 2600
Chicago, IL 6060.
(312) 356-3200

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on this 14th day of October, 2019, he caused the foregoing Parties' Joint Rule 41(a)(1)(A)(ii) Dismissal to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ James X. Bormes
One of Plaintiff's Attorneys