**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Erin Terrazzino

                        Plaintiff,

v.                                               Case No.: 1:17−cv−01731
                                                     Honorable Martha M. Pacold

Wal−mart Stores Inc

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed with prejudice pursuant to the Joint Rule 41(a)(1)(A)(ii) Dismissal [78] filed by the parties on 10/14/19. The status hearing set for 10/16/19 is stricken.Civil case terminated. (rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.